Case 1:21-cr-20102-wfjg   Document 65   Entered on FLSD Docket 04/3

FILED BY ___KS___ D.C.
Apr 29, 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20102-CR-ALTONAGA/TORRES(s)
18 U.S.C. § 876(c)
18 U.S.C. § 115(a)(1)(B)

UNITED STATES OF AMERICA

vs.

LAWRENCE F. CURTIN,

      Defendant.
_____/

Superseding
INDICTMENT *handwritten*

The Grand Jury charges that:

COUNT 1
Mailing Threatening Communications
(18 U.S.C. § 876(c))

On or about August 10, 2020, in Saint Lucie County, in the Southern District of Florida, and elsewhere, the defendant,

LAWRENCE F. CURTIN,

did knowingly cause to be delivered by the United States Postal Service, a communication addressed to "Clerk" at "US District Court, 101 South US Highway 1, Ft Pierce Florida 34950," containing a threat to injure a person at that address, and the Defendant sent the message with the intent to communicate a true threat or with the knowledge that it would be viewed as a true threat, in violation of Title 18, United States Code, Sections 876(c).

It is further alleged that such communication was addressed to a United States judge, who is covered by Title 18, United States Code, Section 1114.

## COUNT 2
## Threatening to Assault and Murder a United States Judge
## (18 U.S.C. § 115(a)(1)(B))

On or about August 10, 2020, in Saint Lucie County, in the Southern District of Florida, and elsewhere, the defendant,

**LAWRENCE F. CURTIN,**

did threaten to assault and murder a United States judge, with the intent to retaliate against such judge on account of the performance of official duties, in violation of Title 18, United States Code, Section 115(a)(1)(B).

A TRUE BILL

_____
FOREPERSON

_____
JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

_____
ALEJANDRA L. LOPEZ
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

LAWRENCE F. CURTIN,

        Defendant.     /

CASE NO. 21-CR-20102-ALTONAGA/TORRES(s)

### CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)
- [✓] Miami
- [ ] Key West
- [ ] FTL
- [ ] WPB
- [ ] FTP

New defendant(s): [ ] Yes  [✓] No
Number of new defendants _____
Total number of counts __2__

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.
3. Interpreter: (Yes or No) **No**
   List language and/or dialect _____
4. This case will take __4__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I   0 to 5 days        [✓]
   - II  6 to 10 days       [ ]
   - III 11 to 20 days      [ ]
   - IV  21 to 60 days      [ ]
   - V   61 days and over   [ ]

   (Check only one)
   - Petty        [ ]
   - Minor        [ ]
   - Misdemeanor  [ ]
   - Felony       [ ]

6. Has this case previously been filed in this District Court? (Yes or No) **Yes**
   If yes: Judge **Cecilia Altonaga**  Case No. **21-cr-20102-Altonaga/Torres**
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) **Yes**
   If yes: Magistrate Case No. **20-mj-03459-LFL**
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of **August 24, 2020**
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No) **No**

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) **No**
8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? (Yes or No) **No**
9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) **No**

_/s/ Alejandra L. Lopez_
ALEJANDRA L. LOPEZ
Assistant United States Attorney
FLA Bar No.      37132

*Penalty Sheet(s) attached

REV 3/19/21

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** LAWRENCE F. CURTIN

**Case No:** 21-CR-20102-ALTONAGA/TORRES(s)

Count #: 1

Mailing Threatening Communications

Title 18, United States Code, Section 876(c)

**\*Min./Max. Penalties:** Maximum of 10 years' Imprisonment

Count #: 2

Threatening to Assault and Murder a United States Judge

Title 18, United States Code, Section 115(a)(1)(B)

**\*Min./Max. Penalties:** Maximum of 10 years' Imprisonment (threat to murder) or 6 years' Imprisonment (threat to assault)

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**